**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO. 02-14261 |
| HORIZON NATURAL RESOURCES COMPANY, et al. | |
| | JOINTLY ADMINISTERED |
| DEBTOR | HON. WILLIAM S. HOWARD |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND
FOR LEAVE TO PROCEED TO THE EXTENT OF
INSURANCE PROCEEDS UNDER 11 U.S.C. §362**

Come now Gary and Debra Groves (the "Plaintiffs"), by and through counsel, and move for Relief from the Automatic Stay and for Leave to Proceed to the Extent of Insurance Proceeds under 11 U.S.C. §362. In support of their motion, the Plaintiffs state as follows:

The Plaintiffs are parties to Civil Action No. 04-C-1016, styled Gary Groves and Debra Groves vs. Evergreen Mining Company and Art Hale in the Circuit Court of Kanawha County, West Virginia. Following the filing of the herein Chapter 11 case by Horizon Natural Resource Company and its subsidiaries, the Plaintiffs' action has been held in abeyance by the Circuit Court of Kanawha County, West Virginia.

It is upon the information and belief of the Plaintiffs that there are insurance proceeds available for recovery unrelated to the Debtor or its subsidiaries. Plaintiffs seek relief from the automatic stay under 11 U.S.C. §362 to pursue their claims against the Debtors for the purpose of collecting the available insurance funds if liability is found.

WHEREFORE, the Plaintiffs respectfully request relief from the automatic stay and leave to proceed in the Circuit Court of Kanawha County, West Virginia to the extent of available insurance coverage and any and all other relief the Court deems appropriate.

## NOTICE

Please take notice that the parties in interest shall have fifteen (15) days from the date of this motion within which to file an objection to the foregoing Motion and notice a hearing on such response. Any party objecting to the Motion shall notice its objection for hearing. If no objection is timely filed, the attached order may be entered by the Court without a hearing on the Motion.

Respectfully submitted,

**FOWLER, MEASLE & BELL, LLP**

*/s/ Ellen Arvin Kennedy*_____
Ellen Arvin Kennedy, Esq.
300 West Vine Street, Suite 600
Lexington, KY 40507-1660
(859) 252-6700
(859) 255-3735 fax
eakennedy@fmblaw.com

**COUNSEL FOR GARY AND DEBRA GROVES**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served this the 18th day of May 2005, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order dated July 25, 2002 upon all parties in the electronic filing system in this case.

*/s/ Ellen Arvin Kennedy*
**COUNSEL FOR GARY AND DEBRA GROVES**

242363.1/7412.00010